# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2008

136886

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellant,

v

ANDREW PAUL COLBERT,
　　　　Defendant-Appellee.

SC: 136886
COA: 277621
Macomb CC: 2006-000775-FC

_____/

　　　　On order of the Court, the application for leave to appeal the June 26, 2008 judgment of the Court of Appeals is considered and, in lieu of granting leave to appeal, we REVERSE that portion of the Court of Appeals opinion and the accompanying order remanding this case to the Macomb Circuit Court for further proceedings, for the reasons stated in the Court of Appeals dissenting opinion.

　　　　KELLY, J., would deny leave to appeal.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2008　　　　　　　　　　　　　　_____
0917　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk